UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    James C Harris<br>    Carol T Harris<br>        Debtor(s) | Case No. 08 B 04275 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2008.

2) The plan was confirmed on 06/16/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/26/2012, 07/30/2012.

5) The case was Completed on 11/26/2012.

6) Number of months from filing to last payment: 57.

7) Number of months case was pending: 61.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $96,059.76.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $38,190.00 |
| Less amount refunded to debtor | $0.01 |

**NET RECEIPTS:** $38,189.99

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,099.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,067.97 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,166.97

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Amercredit | Unsecured | 9,988.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 2,351.00 | 3,412.00 | 3,412.00 | 1,722.53 | 0.00 |
| American General Finance | Unsecured | 3,182.23 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 2,620.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 2,526.80 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 9,988.00 | 8,747.74 | 8,747.74 | 4,416.26 | 0.00 |
| Asset Acceptance | Unsecured | 5,228.50 | NA | NA | 0.00 | 0.00 |
| Asset Management Holdings LLC | Unsecured | 34,746.52 | NA | NA | 0.00 | 0.00 |
| Associated Recovery Systems | Unsecured | 1,018.78 | NA | NA | 0.00 | 0.00 |
| Blatt Hasenmiller Leibsker & Moore LLC | Unsecured | 1,229.52 | NA | NA | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 2,647.60 | NA | NA | 0.00 | 0.00 |
| Bud's Ambulance | Unsecured | 173.10 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,261.00 | 1,278.48 | 1,278.48 | 645.43 | 0.00 |
| Cardiac Consulting Group | Unsecured | 14.40 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 1,439.52 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| Credit Store Capital Corp | Unsecured | 1,692.00 | NA | NA | 0.00 | 0.00 |
| Custom Collection | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| David D Mayer DDS | Unsecured | 278.20 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 3,253.00 | 3,253.94 | 3,253.94 | 1,642.73 | 0.00 |
| First National Collection Bureau | Unsecured | 423.23 | NA | NA | 0.00 | 0.00 |
| Fitzsimmons Surgical Supply, I | Unsecured | 4.13 | NA | NA | 0.00 | 0.00 |
| Galaxy | Unsecured | 1,925.28 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | NA | 1,707.72 | 1,707.72 | 862.13 | 0.00 |
| Guardian Anesthesia | Unsecured | 352.50 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 644.33 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Public Aid | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept Of Public Aid | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 722.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 14.27 | NA | NA | 0.00 | 0.00 |
| J V D B & Associates | Unsecured | 1,707.72 | NA | NA | 0.00 | 0.00 |
| Jayne Nelson Mozal | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,956.00 | 1,646.68 | 1,646.68 | 831.32 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 136,049.04 | 127,373.47 | 127,373.47 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 136,049.04 | 6,518.04 | 6,518.04 | 6,518.04 | 0.00 |
| Marquette National Bank | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Medical Collections | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Medical Collections | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Medical Collections | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Mia Funding LLC | Secured | 51,724.00 | 34,233.05 | 34,233.05 | 0.00 | 0.00 |
| Mia Funding LLC | Secured | 51,724.00 | 14,516.74 | 16,258.37 | 16,258.37 | 0.00 |
| Mutual Hospital Services/Alverno | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Natan Scher M D | Unsecured | 17.40 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Neurology Associates LTD | Unsecured | 37.20 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 756.00 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | Unsecured | 1,180.56 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 1,626.97 | NA | NA | 0.00 | 0.00 |
| Parikh and Abbasi MDSC | Unsecured | 226.60 | NA | NA | 0.00 | 0.00 |
| Parikh and Abbasi MDSC | Unsecured | 94.10 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 49.20 | NA | NA | 0.00 | 0.00 |
| South Suburban Gastroenterology | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Physican | Unsecured | 9.90 | NA | NA | 0.00 | 0.00 |
| Spring Green | Unsecured | 256.20 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 22.40 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 22.90 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 2,935.70 | NA | NA | 0.00 | 0.00 |
| Village Of Lynwood | Unsecured | 250.00 | 250.00 | 250.00 | 126.21 | 0.00 |
| Vital Recovery Services | Unsecured | 2,620.15 | NA | NA | 0.00 | 0.00 |
| VMC Collection Agency | Unsecured | 72.90 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $161,606.52 | $0.00 | $0.00 |
| Mortgage Arrearage | $22,776.41 | $22,776.41 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$184,382.93** | **$22,776.41** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,296.56** | **$10,246.61** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,166.97 |
| Disbursements to Creditors | $33,023.02 |
| **TOTAL DISBURSEMENTS:** | **$38,189.99** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/14/2013        By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**